## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:24-cv-00210-SMR-SBJ   :   Clerk's Court Minutes – Status Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| HW Premium CBD, LLC | AJ's Health and Wellness |

Plaintiff(s) Counsel: Ryann A. Glenn

Defendant(s) Counsel: William Admussen, Alexa Den Herder

Court Reporter: Kelli Mulcahy   :   Interpreter: N/A

Motion(s) for Ruling:           Ruling   /   Ruling Reserved

Proceedings:

Court and counsel are present in the for courtroom for a status conference. Roll call is taken. Court holds colloquy with counsel. 9:02 AM Argument by Defendant. 9:10 AM Argument by Plaintiff. 9:12 AM Response by Defendant. 9:14 AM Response by Plaintiff.

Court sets dates. Defendant brief due July 5, 2024; Plaintiff reply brief due July 8, 2024; Preliminary Injunction Hearing set for July 11, 2024 at 10:00 AM.

Text Order to follow.

Time Start: 9:00 AM
Time End:  9:18 AM
Date:  June 28, 2024

/s/ Penny Luthens
Deputy Clerk