## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:24-cv-00202-SMR-SBJ  4:24-cv-00210-SMR-SBJ  :  Clerk's Court Minutes – Motion(s) Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Climbing Kites LLC et al | State of Iowa et al |
| HW Premium CBD, LLC et al | Reynolds et al |

Plaintiff(s) Counsel: Michael Boal, 4:24-cv-00202-SMR-SBJ
Ryann A. Glenn, Sierra Jade Faler, Matthew Kamps 4:24-cv-00210-SMR-SBJ

Defendant(s) Counsel: Patrick Cannon Valencia, William Admussen

Court Reporter: Kelli Mulcahy   :   Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| MOTION for Preliminary Injunction [26] 4:24-cv-00202-SMR-SBJ | | : | X |
| MOTION for Preliminary Injunction [2] 4:24-cv-00210-SMR-SBJ | | : | X |

Proceedings:

Court and Counsel are present for Motion Hearings. Roll Call taken. 10:02 AM Argument by plaintiff 4:24-cv-00210-SMR-SBJ. 11:02 AM Argument by plaintiff 4:24-cv-00202-SMR-SBJ. 11:24 AM Court holds colloquy with counsel.  11:32 AM Argument by plaintiff continues 4:24-cv-00202-SMR-SBJ. 11:33 AM Court in recess. 11:50 AM Court resumes. 11:51 AM Argument by defendant. 12:31 PM  Argument by plaintiff 4:24-cv-00210-SMR-SBJ. 12:45 PM Argument by plaintiff 4:24-cv-00202-SMR-SBJ. 12:52 PM Argument by defendant.

Court reserves ruling. Additional briefs by plaintiff due July 15, 2024. Reply by defendant due July 19, 2024. Response by plaintiff due July 22, 2024.

Order to follow.

Time Start: 9:59 AM
Time End:  12:56 PM
Date: July 11, 2024

/s/ Penny Luthens
Deputy Clerk