# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| HW PREMIUM CBD, LLC, AJ's HEALTH AND WELLNESS d/b/a AMERICAN SHAMAN, E. KRIEGER LAND, LLC d/b/a GREENE GOODS MARKET & GREENHOUSES, GREEN ONYX INC. d/b/a YOUR CBD STORE, BEYOND CBD, LLC dba BEYOND CBD, CAMPBELL'S NUTRITION CENTERS, INC., TCI ENTERPRISE, INC. d/b/a SKY HIGH, ICANNA, LLC, YOUR CBD STORES FRANCHISING, LLC, | Case No. 4:24-cv-00210-SHL-HCA |
| Plaintiffs, | |
| v. | |
| GOVERNOR KIM REYNOLDS in her official capacity, DIRECTOR OF IOWA DEPARTMENT OF HEALTH AND HUMAN SERVICES KELLY GARCIA in her official capacity, COMMISSIONER OF IOWA DEPARTMENT OF PUBLIC SAFETY STEPHAN BAYES in his official capacity, and IOWA SECRETARY OF AGRICULTURE MIKE NAIG in his official capacity, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs HW Premium CBD, LLC, AJ's Health and Wellness d/b/a American Shaman, E. Krieger Land, LLC d/b/a Greene Goods Market & Greenhouses, Green Onyx Inc. d/b/a Your CBD Store, Beyond CBD, LLC d/b/a Beyond CBD, Campbell's Nutrition Centers, Inc., TCI Enterprise, Inc. d/b/a Sky High, Icanna, LLC, and Your CBD Stores Franchising, LLC (collectively, "Plaintiffs") by and through their counsel of record, hereby notice their voluntary dismissal of this action against Defendants Governor Kim Reynolds

in her official capacity, Director of Iowa Department of Health and Human Services Kelly Garcia in her official capacity, Commissioner of Iowa Department of Public Safety Stephan Bayes in his official capacity, and Iowa Secretary of Agriculture Mike Naig in his official capacity (collectively, "Defendants") without prejudice.

Dated this 6th day of September 2024.

                                                  HW PREMIUM CBD, LLC, AJ's HEALTH AND WELLNESS d/b/a AMERICAN SHAMAN, E. KRIEGER LAND, LLC d/b/a GREENE GOODS MARKET & GREENHOUSES, GREEN ONYX INC. d/b/a YOUR CBD STORE, BEYOND CBD, LLC dba BEYOND CBD, CAMPBELL'S NUTRITION CENTERS, INC., TCI ENTERPRISE, INC. d/b/a SKY HIGH, ICANNA, LLC, YOUR CBD STORES FRANCHISING LLC, Plaintiffs,

BY:   /s/ Ryann A. Glenn
Ryann A. Glenn – # AT0010530
Alexa B. Barton (NE #27010)
(*Admitted Pro Hac Vice*)
HUSCH BLACKWELL, LLP
14606 Branch Street, Suite 200
Omaha, NE 68154
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Ryann.glenn@huschblackwell.com
Allee.barton@huschblackwell.com

Lowell D. Pearson (MO #46217)
(*Admitted Pro Hac Vice*)
HUSCH BLACKWELL, LLP
630 Bolivar Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 635-9118
Facsimile: (573) 634-7854
Lowell.pearson@huschblackwell.com

Matt Kamps (IL #6313183)
(*Admitted Pro Hac Vice*)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200

Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501
Matt.kamps@huschblackwell.com

Sierra J. Faler (MO #70050)
(*Admitted Pro Hac Vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Sierra.faler@huschblackwell.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 6th day of September 2024, the foregoing was electronically served by the court via EDMS on all counsel of record.

/s/ *Ryann A. Glenn*

4866-4758-1409